1  MELINDA HAAG (CABN 132612)
   United States Attorney

2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
   Assistant United States Attorney

5      1301 Clay Street, Suite 340S
       Oakland, California 94612

6      Telephone: (510) 637-3680
       FAX: (510) 637-3724

7      Brigid.Martin@usdoj.gov

8  Attorneys for United States of America

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  CR 13-00740 YGR |
| Plaintiff, | ) | NOTICE OF DISMISSAL AND ORDER |
| v. | ) | |
| MAURICIO VELADO, | ) | |
| Defendant. | ) | |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice to refile the

//

NOTICE OF DISMISSAL
CR 13-00740 YGR

Indictment returned against the defendant in the above-captioned matter.

DATED: May 28, 2014                    Respectfully submitted,

                                            MELINDA HAAG
                                            United States Attorney


                                      _____/s/_____
                                            J. DOUGLAS WILSON
                                            Chief, Criminal Division

## ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss without prejudice the above-captioned indictment.

Date:  June 9, 2014                    _____
                                            HON. YVONNE GONZALEZ ROGERS
                                            United States District Judge

NOTICE OF DISMISSAL
CR 13-00740 YGR